ACCEPTED
12-15-00195-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/20/2015 4:51:30 PM
Pam Estes
CLERK

NO. 12-15-00195-CR

| | | |
|---|---|---|
| STEVEN LAMON MOORE | § | IN THE COURT OF APPEALS |
| | § | |
| vs. | § | TWELFTH JUDICIAL DISTRICT |
| | § | |
| STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/20/2015 4:51:30 PM
PAM ESTES
Clerk

## MOTION TO SUPPLEMENT THE RECORD

TO THE CLERK AND COURT REPORTER OF SAID COURT:

Now comes STEVEN LAMON MOORE, Appellant in the above styled and numbered cause, and would request this Court order the record be completed pursuant to Texas Rule of Appellate Procedure 34.5(b) and would show:

### Background and Procedural History

This case is on direct appeal from the 7th District Court of Smith County, Texas and was assigned cause number 007-0446-15. Notice of appeal and a designation of the record was all timely filed on or about August 5, 2015. The case was prosecuted as a first degree felony of Manufacture/Delivery of a Controlled Substance. Mr. Moore entered a plea of guilty to the indictment.

On October 20, 2015, Appellant's counsel has reviewed the record and determined that it is currently incomplete, and will not be completed without an order from this Court.

### Pre-Sentence Investigation Report

On prior to the sentencing on August 3, 2015, the trial court ordered the preparation of a pre-sentence investigation report. ICR ; Page 50 and 78. TEX. CODE CRIM. PROC. ANN. art. 42.12 § 9 (Vernon 2011). At the time of the original sentencing, the court took judicial notice of the pre-sentence report. The State of Texas argued from facts contained in the pre-sentence report. Mr. Moore's attorney also argued from

the pre-sentence report. In assessing sentence, the trial court referred to the pre-sentence report.

Appellate's counsel designated the presentence investigation report to be made part of the clerk's record in this case. I CR 67-68, line 20. The Smith County District Clerk's Office has been ordered at least twice to include the pre-sentence report in the clerk's record. In one of the cases, the information from the pre-sentence report resulted in a reversal and a hearing on an aspect of the punishment in the case. McGill v. State, 2011 Tex. App. LEXIS 6767 (Tex. App – Texarkana Aug. 24, 2011, no pet.)(unpublished). This Court has ordered the production of the pre-sentence report previously. Aybar v. State, Nos. 12-09-00320-CR and 12-09-00321-CR (Tex. App. – Tyler, April 22, 2010)(order to compel). These documents were properly designated as part of the for purposes of this appeal, and are necessary for counsel to effectively represent his client on appeal.

Appellate's counsel contacted the Smith County District Clerk and asked that the Presentence Report be included.

Conclusion

If anything relevant is omitted from the clerk's record, the appellate court or any party, may by letter direct the District Clerk to prepare, certify and file in the appellate court a supplemental clerk's record containing the omitted items. TEXAS R. APP. P. 34.5(c).

Specifically, Appellant requests that the Smith County District Clerk be ordered to supplement the record in this case with the presentence investigation report. Counsel does not object to the District Clerk's Office providing the presentence report in a sealed fashion, providing the parties have an opportunity to review those documents for possible sources of error in this case.

WHEREFORE, PREMISES CONSIDERED, Steven Lamon Moore respectfully

prays that this Court grant this request, and order preparation of a supplemental Clerk's Record in this case.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830


By: /S/ James W. Huggler, Jr.
    James W. Huggler, Jr.
    State Bar No. 00795437
    Attorney for Steven Lamon Moore

CERTIFICATE OF SERVICE

This is to certify that on October 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Smith County, 100 N. Broadway, 4th Floor, Tyler, Texas 75702, by hand delivery or regular mail or electronic filing.

    /S/ James W. Huggler, Jr.
    James W. Huggler, Jr.